CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 17 2012

JULIA C. DUDLEY, CLERK
BY: /s/ B. Phelps
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARY CHRISTINE LORENZ, | Civil Action No. 7:10-cv-00487 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| FEDERAL EXPRESS CORP., | By: Hon. James C. Turk |
| Defendant. | Senior United States District Judge |

For the reasons set forth in the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

Defendant's motion for summary judgment (Dkt. No. 40) is **GRANTED**.

The Clerk is directed to send copies of this Final Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this case from the Court's active docket.

ENTER: This _17th_ day of August, 2012.

_/s/ James C. Turk_
Senior United States District Judge