CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 17 2012

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MARY CHRISTINE LORENZ,** | ) | **Civil Action No. 7:10-cv-00487** |
| **Plaintiff,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| **FEDERAL EXPRESS CORP.,** | ) | **By: Hon. James C. Turk** |
| **Defendant.** | ) | **Senior United States District Judge** |

For the reasons set forth in the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

Defendant's motion for summary judgment (Dkt. No. 40) is **GRANTED.**

The Clerk is directed to send copies of this Final Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this case from the Court's active docket.

**ENTER**: This 17th day of August, 2012.

[signature]
Senior United States District Judge